Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SUTPHEN,** | Case No. 3:16-cv-02402-BEN-JMA |
| Plaintiff, | **JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |
| vs. | |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 12th day of January, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Amanda N. Griffith, Esq.
AMANDA N. GRIFFITH
Attorney for Defendants

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Amanda N. Griffith, counsel for Defendant, and that I have obtained Ms. Griffith's authorization to affix her electronic signature to this document.

> By: s/Todd M. Friedman, Esq.
> TODD M. FRIEDMAN
> Attorney for Plaintiffs

Filed electronically on this 12th day of January, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Roger T. Benitez
United States District Court
Southern District of California

Amanda N. Griffith
The Ellis Law Group, LLP

This 12th day of January, 2017,
s/Todd M. Friedman
TODD M. FRIEDMAN