FILED

17 JAN 17 PM 3:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SUTPHEN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.,<br><br>　　　　　　　Defendant. | Case No.: 3:16-cv-02402-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　　The Court has considered the Joint Motion for Dismissal without Prejudice (the "Joint Motion") filed by Plaintiff John Sutphen and Defendant Diversified Adjustment Service, Inc. (Docket No. 8.). For good cause shown, the Joint Motion is **GRANTED**. The action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees and costs.

　　　**IT IS SO ORDERED.**

DATED: January 17, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

3:16-cv-02402-BEN-JMA